IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

PAUL R. COTE and
JOANNE COTE,

                                                  ORDER

        Plaintiffs,

                                           Case No. 09-cv-401-wmc

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

        The parties representing in writing that a settlement had been reached and satisfied, and jointly moving for dismissal, IT IS HEREBY ORDERED that this matter is DISMISSED WITH FULL PREJUDICE.

        Entered this 6th day of May, 2010.

                                                BY THE COURT:

                                                /s/

                                                _____
                                                William M. Conley
                                                District Judge